UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

USI INSURANCE SERVICES, LLC, and KIBBLE & PRENTICE HOLDING COMPANY (d/b/a USI INSURANCE SERVICES NORTHWEST),

Plaintiffs,

v.

MICHAEL AITKIN and ALLIANT INSURANCE SERVICES INC.,

Defendants.

Case No. 3:21-cv-00267-HZ

VERDICT FORM

We, the jury, being first duly empaneled and sworn in the above-entitled cause, do unanimously find as follows:

**I. Breach of Contract**

1. Have USI Insurance Services, LLC or Kibble & Prentice Holding Company dba USI Insurance Services Northwest proved by a preponderance of the evidence all of the elements of their respective claims that Defendant Michael Aitkin breached Section 8.5 of his Employment Agreement?

SA 2/16/23 ______ Yes ✓ No

*Proceed to the next question.*

2. Have USI Insurance Services, LLC or Kibble & Prentice Holding Company dba USI Insurance Services Northwest proved by a preponderance of the evidence all of the elements of their respective claims that Defendant Michael Aitkin breached Section 8.6 of his Employment Agreement?

______ Yes ✓ No

*Proceed to next question.*

3. Have USI Insurance Services, LLC or Kibble & Prentice Holding Company dba USI Insurance Services Northwest proved by a preponderance of the evidence all of the elements of their respective claims that Defendant Michael Aitkin breached Section 9.2 of his Employment Agreement?

______ Yes ✓ No

*If you answered "Yes" to **any** of Questions 1 through 3, proceed to the next question.*

*If you answered "No" to **all** of Questions 1 through 3, proceed to question 5.*

4. What is the monetary value of the damages that the USI Insurance Services, LLC or Kibble & Prentice Holding Company dba USI Insurance Services Northwest sustained as a result of Defendant Michael Aitkin's breach of his Employment Agreement?

Economic Damages: $ 0

## II. Intentional Interference with Economic Relations

5. Have USI Insurance Services, LLC or Kibble & Prentice Holding Company dba USI Insurance Services Northwest proved by a preponderance of the evidence all of the elements of their respective claims that Defendant Alliant intentionally interfered with either USI Insurance Services, LLC's or Kibble & Prentice Holding Company dba USI Insurance Services Northwest's contractual relation with Defendant Aitkin?

_______ Yes ✓ No

*Proceed to the next question.*

6. Have USI Insurance Services, LLC or Kibble & Prentice Holding Company dba USI Insurance Services Northwest proved by a preponderance of the evidence all of the elements of their respective claims that Defendant Alliant intentionally interfered with their prospective business relationships with their clients or former clients?

_______ Yes ✓ No

*If you answered "Yes" to* ***either*** *of Question 5 or Question 6, proceed to the next question.*

*If you answered "No" to* ***both*** *Questions 5 and 6, sign and date this Verdict Form.*

7. What is the monetary value of the damages that USI Insurance Services, LLC or Kibble & Prentice Holding Company dba USI Insurance Services Northwest sustained as a result of Defendant Alliant's actions. Remember that you cannot award duplicate damages for the same injury.

Economic damages: $_________________________

*Proceed to the next question.*

8. Have USI Insurance Services, LLC or Kibble & Prentice Holding Company dba USI Insurance Services Northwest proved by clear and convincing evidence that they are entitled to punitive damages against Defendant Alliant?

_________ Yes __________ No

*If you answered "Yes" to Question 8, answer Question 9. If you answered "No" to Question 8, sign and date this Verdict Form.*

9. What amount of punitive damages do you award against Defendant Alliant on the plaintiffs' intentional interference with economic relations claims?

   Punitive Damages: $ ______________________

The Presiding Juror should sign and date this Verdict Form.

DATED this 16th day of February, 2023

[REDACTED]

Presiding Juror